# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | § | |
|  | § | |
| PRETELT, JULIO | § | Case No. 12-40810 |
|  | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Roy Safanda, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> US Courthouse
> Bankruptcy Clerk
> Assignment Desk, Rm 710
> 219 S. Dearborn St.
> Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 14 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 06/27/2013 in Courtroom 250,

> US Courthouse
> 100 S. 3rd St.
> Geneva, IL  60134

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/25/2013          By: _____

*Roy Safanda*
*111 East Side Drive*
*Geneva, IL 60134*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
PRETELT, JULIO § Case No. 12-40810
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 12,500.00 |
| and approved disbursements of | $ | 31.78 |
| leaving a balance on hand of[1] | $ | 12,468.22 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Roy Safanda | $ 2,000.00 | $ 0.00 | $ 2,000.00 |
| Trustee Expenses: Roy Safanda | $ 52.25 | $ 0.00 | $ 52.25 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 2,052.25 |
| Remaining Balance | $ 10,415.97 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 175.10  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | Department of the Treasury<br>Internal Revenue Service<br>PO BOX 7346<br>Philadelphia, PA 19101-7346 | $ 175.10 | $ 0.00 | $ 175.10 |

| Total to be paid to priority creditors | $ 175.10 |
|---|---|
| Remaining Balance | $ 10,240.87 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 284.07  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  100.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 001 | DEPARTMENT OF THE TREASURY<br>I.R.S.<br>POB 7346<br>PHILADELPHIA, PA 19101-7346 | $ 284.07 | $ 0.00 | $ 284.07 |

| Total to be paid to timely general unsecured creditors | $ 284.07 |
|---|---|
| Remaining Balance | $ 9,956.80 |

Tardily filed claims of general (unsecured) creditors totaling $ 13,649.61  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  73.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Center for Autism and Related Disor 19019 Ventura Blvd Tarzana, CA 91356 | $ 13,649.61 | $ 0.00 | $ 9,956.80 |

| | |
|---|---|
| Total to be paid to tardy general unsecured creditors | $ 9,956.80 |
| Remaining Balance | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Roy Safanda
Trustee

*Roy Safanda*
*111 East Side Drive*
*Geneva, IL 60134*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (5/1/2011) *(Page: 4)*

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 12-40810-CAD
Julio Pretelt                                                   Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: arodarte          Page 1 of 2          Date Rcvd: May 28, 2013
                              Form ID: pdf006         Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 30, 2013.
```
db         +Julio Pretelt,    7026 Westwood Drive,    Carpentersville, IL 60110-3256
19566448   +Alan Schwartzseid,    Kaye, Bender, Rembaum, P.L.,   1200 Park Central Blvd S,
             Pompano Beach, FL 33064-2215
19566449   +Bank Of America, N.a.,    450 American St,   Simi Valley, CA 93065-6285
19566451   +Center for Autism and Related Disor,   19019 Ventura Blvd,    Tarzana, CA 91356-3253
19566453   +Chase,    201 N. Walnut St//De1-1027,   Wilmington, DE 19801-2920
19566452   +Chase,    Po Box 24696,   Columbus, OH 43224-0696
19566454   +Citibank Usa,    Attn: Centralized Bankruptcy,    Po Box 20363,   Kansas City, MO 64195-0363
19566455   +Crd Prt Asso,    Attn: Bankruptcy,    Po Box 802068,    Dallas, TX 75380-2068
19566456   +Credit Management Lp,    4200 International Pkwy,    Carrollton, TX 75007-1912
19566457   +Draper and Kramer,    33 W. Monroe,    19th Floor,    Chicago, IL 60603-5412
19566459   +H&f Law,    33 N Lasalle Ste 1200,    Chicago, IL 60602-3415
19566463   +M&I Bank, FSB,    P.O. Box 5920,    Madison, WI 53705-0920
19566464   +Nicholas John Frisone,    Heller and Frisone, Ltd.,    33 N. LaSalle St; Suite 1200,
             Chicago, IL 60602-2866
19566465   +Scott E. Simowitz,    Moskowitz, Mandell, Salim and Simow,    800 Corporate Dr; Suite 500,
             Fort Lauderdale, FL 33334-3621
19566466   +Scott Griffith,    4630 Woodland Corporate Blvd,   Suite 100,   Tampa, FL 33614-2429
19566467   +University Commons 1 Condo Assoc.,    600 W. Chicago Ave,    Suite 570,   Chicago, IL 60654-2801
19566469  ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
             ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
            (address filed with court: Wells Fargo Hm Mortgag,     8480 Stagecoach Cir,   Frederick, MD 21701)
19566470   +Wf / Wb Rec,    Retail Credit,   P.O. Box 50010,    Roanoke, VA 24022-5010
19566471   +World Omni F,    Po Box 91614,    Mobile, AL 36691-1614
19566472   +Wyrhsr Mtg/Select Portfolio Servicing,    Po Box 65250,    Salt Lake City, UT 84165-0250
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19566460    E-mail/Text: cio.bncmail@irs.gov May 29 2013 02:37:33     Department of the Treasury,
             Internal Revenue Service,    PO BOX 7346,    Philadelphia, PA 19101-7346
19566461   +E-mail/Text: ndaily@ksnlaw.com May 29 2013 02:47:31      Kovitz, Shifrin, Nesbit,
             750 Lake Cook Rd 350,    Buffalo Grove, IL 60089-2086
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19566450*  +Bank Of America, N.a.,    450 American St,   Simi Valley, CA 93065-6285
19566458*  +Draper and Kramer,    33 W. Monroe,    19th Floor,    Chicago, IL 60603-5412
19566462*  +Kovitz, Shifrin, Nesbit,    750 Lake Cook Rd 350,    Buffalo Grove, IL 60089-2086
19566468*  +University Commons 1 Condo Assoc.,    600 W. Chicago Ave,    Suite 570,   Chicago, IL 60654-2801
                                                                                      TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 30, 2013**          **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1          User: arodarte              Page 2 of 2            Date Rcvd: May 28, 2013
                              Form ID: pdf006             Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2013 at the address(es) listed below:

```
              Andrew E Pulaski    on behalf of Debtor Julio  Pretelt andrew@s-looplaw.com
              Carl F Safanda    on behalf of Trustee Roy  Safanda csafanda@xnet.com
              Carl F. Safanda, Esq    on behalf of Trustee Roy  Safanda rsafanda@xnet.com
              Monette W Cope    on behalf of Creditor   World Omni Financial Corp. ecfnil@weltman.com
              Nisha B Parikh    on behalf of Creditor    Select Porfolio Servicing nparikh78@gmail.com,
               bankruptcy@fal-illinois.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Roy  Safanda    on behalf of Trustee Roy  Safanda rsafanda@xnet.com,   rsafanda@ecf.epiqsystems.com
              Roy  Safanda    rsafanda@xnet.com,   rsafanda@ecf.epiqsystems.com
                                                                                             TOTAL: 8
```