**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | ) Bankruptcy No. 12-40810 |
| | ) Chapter 7 |
| PRETELT, JULIO, | ) Judge Janet S. Baer |
| | ) |
| Debtor. | ) |

**AMENDED TRUSTEE'S APPLICATION
FOR COMPENSATION AND EXPENSES**

TO:  THE HONORABLE JANET S. BAER
    Bankruptcy Judge

NOW COMES,  Roy Safanda , Trustee herein, pursuant to 11 U.S.C. §330, and requests $ 2,000.00  as compensation and $ 52.25  for reimbursement of expenses, $  -0-  amount of which has previously been paid.

COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $ 1,250.00 . Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of first $5,000.00 | $ 1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $ 750.00 | ($4,500.00 max.) |
| 5% of next $950,000.00 | $ | ($47,500.00 max.) |
| 3% of balance | $ | |
| TOTAL COMPENSATION | $ 2,052.25 | |

**EXHIBIT E**

II.   TRUSTEE'S EXPENSES

| | |
|---|---|
| Copies | $   8.50 |
| Postage | $  43.75 |
| Long Distance Telephone | $  -0- |
| Clerical | $  -0- |
| Other (Clerk Filing Fee, | |
|    State Court | $  -0- |
|    Service of Summons) | $  -0- |
| | |
| TOTAL EXPENSES | $  52.25 |

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Executed: March 10, 2017.

                                            /s/ Roy Safanda
                                            ROY SAFANDA, Trustee
                                            111 East Side Drive
                                            Geneva, IL  60134-2402
                                            (630) 262-1761