## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:                                      ) Bankruptcy No. 12-40810
                                            ) Chapter 7
PRETELT, JULIO,                             ) Judge Janet S. Baer
                                            )
        Debtor.                             )

### AMENDED TRUSTEE'S APPLICATION
### FOR COMPENSATION AND EXPENSES

TO:    THE HONORABLE JANET S. BAER
       Bankruptcy Judge

       NOW COMES,  _Roy Safanda_ , Trustee herein, pursuant to 11 U.S.C. §330, and

requests $  2,000.00   as compensation and $  52.25    for reimbursement of expenses, $

_____-0-_____ amount of which has previously been paid.

### COMPUTATION OF COMPENSATION

       Total disbursements to parties in interest, excluding the Debtor, but including

holders of secured claims are $  1,250.00   .  Pursuant to 11 U.S.C. §326, compensation

should be computed as follows:

| | | |
|---|---|---|
| 25% of first  $5,000.00 | $  1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $   750.00 | ($4,500.00 max.) |
| 5% of next  $950,000.00 | $ | ($47,500.00 max.) |
| 3% of balance | $ | |
| TOTAL COMPENSATION | $  2,052.25 | |

**EXHIBIT E**

II.   TRUSTEE'S EXPENSES

| | |
|---|---|
| Copies | $   8.50 |
| Postage | $   43.75 |
| Long Distance Telephone | $   -0- |
| Clerical | $   -0- |
| Other (Clerk Filing Fee, | |
| State Court | $   -0- |
| Service of Summons) | $   -0- |

TOTAL EXPENSES                   $   52.25

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code.  No payments have previously been made or promised in any capacity in connection with the above case.

Executed:  March 10, 2017.


                                   /s/ Roy Safanda
                                   ROY SAFANDA, Trustee
                                   111 East Side Drive
                                   Geneva, IL  60134-2402
                                   (630) 262-1761

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 12-40810-JSB
Julio Pretelt                                                            Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: corrinal          Page 1 of 1          Date Rcvd: Mar 14, 2017
                             Form ID: pdf006          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 16, 2017.
db            +Julio Pretelt,    7026 Westwood Drive,    Carpentersville, IL 60110-3256

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19566460        E-mail/Text: cio.bncmail@irs.gov Mar 15 2017 02:56:39       Department of the Treasury,
                 Internal Revenue Service,    PO BOX 7346,    Philadelphia, PA 19101-7346
                                                                                          TOTAL: 1

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19566451      ##+Center for Autism and Related Disor,    19019 Ventura Blvd,    Tarzana, CA 91356-3255
                                                                          TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 10, 2017 at the address(es) listed below:
          Andrew E Pulaski     on behalf of Debtor 1 Julio   Pretelt andrew@s-looplaw.com
          Carl F Safanda    on behalf of Trustee Roy  Safanda csafanda@xnet.com
          Carl F. Safanda, Esq    on behalf of Trustee Roy  Safanda rsafanda@xnet.com
          Monette W Cope    on behalf of Creditor    World Omni Financial Corp. ecfnil@weltman.com
          Nisha B Parikh    on behalf of Creditor    Select Porfolio Servicing bankruptcy@fal-illinois.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Roy  Safanda    on behalf of Trustee Roy  Safanda rsafanda@xnet.com,  rsafanda@ecf.epiqsystems.com
          Roy  Safanda    rsafanda@xnet.com,  rsafanda@ecf.epiqsystems.com
                                                                                  TOTAL: 8