**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | ) Bankruptcy No. 12-40810 |
| | ) Chapter 7 |
| PRETELT, JULIO, | ) Judge Janet S. Baer |
| | ) |
| Debtor. | ) |

**AMENDED TRUSTEE'S APPLICATION
FOR COMPENSATION AND EXPENSES**

TO:  THE HONORABLE JANET S. BAER
     Bankruptcy Judge

NOW COMES,  Roy Safanda , Trustee herein, pursuant to 11 U.S.C. §330, and requests $ 2,000.00  as compensation and $ 52.25  for reimbursement of expenses, $  -0-  amount of which has previously been paid.

COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $ 1,250.00 . Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of first $5,000.00 | $ 1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $ 750.00 | ($4,500.00 max.) |
| 5% of next $950,000.00 | $ | ($47,500.00 max.) |
| 3% of balance | $ | |
| TOTAL COMPENSATION | $ 2,052.25 | |

**EXHIBIT E**

II. TRUSTEE'S EXPENSES

| | |
|---|---|
| Copies | $ 8.50 |
| Postage | $ 43.75 |
| Long Distance Telephone | $ -0- |
| Clerical | $ -0- |
| Other (Clerk Filing Fee, State Court | $ -0- |
| Service of Summons) | $ -0- |

TOTAL EXPENSES         $ 52.25

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Executed: April 7, 2017.

/s/ Roy Safanda
ROY SAFANDA, Trustee
111 East Side Drive
Geneva, IL 60134-2402
(630) 262-1761

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 12-40810-JSB
Julio Pretelt                                                       Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: corrinal          Page 1 of 1          Date Rcvd: Apr 11, 2017
                              Form ID: pdf006         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2017.
db            +Julio Pretelt,    7026 Westwood Drive,    Carpentersville, IL 60110-3256

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19566460       E-mail/Text: cio.bncmail@irs.gov Apr 12 2017 01:23:57      Department of the Treasury,
               Internal Revenue Service,    PO BOX 7346,    Philadelphia, PA 19101-7346
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19566451     ##+Center for Autism and Related Disor,    19019 Ventura Blvd,    Tarzana, CA 91356-3255
                                                                                              TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 7, 2017 at the address(es) listed below:
      Andrew E Pulaski     on behalf of Debtor 1 Julio  Pretelt andrew@s-looplaw.com
      Carl F Safanda     on behalf of Trustee Roy  Safanda csafanda@xnet.com
      Carl F. Safanda, Esq    on behalf of Trustee Roy  Safanda rsafanda@xnet.com
      Monette W Cope     on behalf of Creditor    World Omni Financial Corp. ecfnil@weltman.com
      Nisha B Parikh     on behalf of Creditor    Select Porfolio Servicing bankruptcy@fal-illinois.com
      Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
      Roy  Safanda    on behalf of Trustee Roy  Safanda rsafanda@xnet.com, rsafanda@ecf.epiqsystems.com
      Roy  Safanda    rsafanda@xnet.com, rsafanda@ecf.epiqsystems.com
                                                                                              TOTAL: 8