**UNITED STATES BANKRUPTCY COURT**
NORTHERN   **DISTRICT OF** ILLINOIS
EASTERN DIVISION

In re:   JULIO PRETELT   § Case No. 12-40810
§
§
§
Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Roy Safanda, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Kane Courthouse, 100 S. 3rd Street, Courtroom 240, Geneva, IL 60134

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____   By: _____
(Title of person signing form)

*Trustee's Name:*
Roy Safanda

*Trustee's Address:*
111 East Side Drive, Geneva, IL 60134

UST Form 101-7-NFR (9/1/2009)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: JULIO PRETELT § Case No. 12-40810
§
§
§
Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $1,250.00 |
| *and approved disbursements of* | $0.00 |
| *leaving a balance on hand of* [1] | $1,250.00 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| NONE | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---:|---:|
| *Trustee* | ROY SAFANDA | $2,000.00 | $52.25 |
| *Attorney for trustee* | | | |
| *Appraiser* | | | |
| *Auctioneer* | | | |
| *Accountant* | | | |
| *Special Attorney for trustee* | | | |
| *Charges,* | U.S. Bankruptcy Court | | |
| *Fees,* | United States Trustee | | |
| | Other | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Attorney for debtor  NONE | | |
| Attorney for | | |
| Accountant for | | |
| Appraiser for | | |
| Other | | |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling _____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | NONE | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling _____$0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | NONE | | |

Tardily filed claims of general (unsecured) creditors totaling _____ $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be _____ percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NONE | | | |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be _____ percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NONE | | | |

The amount of surplus returned to the debtor after payment of all claims and interest is _____.

Prepared By: Roy Safanda

Trustee

*Trustee's Name:*
Roy Safanda

*Trustee's Address:*
111 East Side Drive, Geneva, IL 60134

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (9/1/2009)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 12-40810-JSB
Julio Pretelt                                                             Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1              User: mflowers              Page 1 of 1              Date Rcvd: May 30, 2017
                                Form ID: pdf006              Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2017.
db           +Julio Pretelt,    7026 Westwood Drive,    Carpentersville, IL 60110-3256

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19566460       E-mail/Text: cio.bncmail@irs.gov May 31 2017 00:15:40      Department of the Treasury,
                 Internal Revenue Service,    PO BOX 7346,    Philadelphia, PA 19101-7346
                                                                                               TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19566451     ##+Center for Autism and Related Disor,    19019 Ventura Blvd,    Tarzana, CA 91356-3255
                                                                                               TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 30, 2017 at the address(es) listed below:
      Andrew E Pulaski    on behalf of Debtor 1 Julio  Pretelt andrew@s-looplaw.com
      Carl F Safanda    on behalf of Trustee Roy  Safanda csafanda@xnet.com
      Carl F. Safanda, Esq    on behalf of Trustee Roy  Safanda rsafanda@xnet.com
      Monette W Cope    on behalf of Creditor    World Omni Financial Corp. ecfnil@weltman.com
      Nisha B Parikh    on behalf of Creditor    Select Porfolio Servicing bankruptcy@fal-illinois.com
      Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
      Roy  Safanda    on behalf of Trustee Roy  Safanda rsafanda@xnet.com, rsafanda@ecf.epiqsystems.com
      Roy  Safanda    rsafanda@xnet.com, rsafanda@ecf.epiqsystems.com
                                                                                                                TOTAL: 8